IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESCO INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BOONE KARLBERG PC and THOMAS BOONE, TRUSTEE OF THE BOONE, KARLBERG EMPLOYEES PROFIT SHARING TRUST<br><br>Defendants. | CV-19-55-GF-BMM<br><br>**ORDER** |

Plaintiff has moved for admission of Jonathan R. Walton (Mr. Walton), (Doc. 5), to practice before this Court in this case with Michael L. Rausch, Esq. to act as local counsel. Mr. Walton's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Plaintiff's motion to allow Mr. Walton to appear on his behalf (Doc. 5) is **GRANTED** on the following conditions:

1. Local counsel, will be designated as lead counsel or as co-lead counsel with Mr. Walton. Mr. Walton must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or

-1-

filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Walton, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Walton.

DATED this 3rd day of October, 2019.

_____
Brian Morris
United States District Court Judge